08CV3923
JUDGE GETTLEMAN
MAG. JUDGE NOLAN

MHN

J.N

FILED
JUL 10 2008
7-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Melissa Glikis
(Please print)

STREET ADDRESS: 11750 S. Homan Ave. Lot 241A

CITY/STATE/ZIP: Merrionette. Pk. IL, 60803

PHONE NUMBER: (708) 601-6345

CASE NUMBER:

Melissa Glikis
Signature

7-10-08
Date