IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA GLIKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 3923 |
| | ) | |
| COOK COUNTY CIRCUIT COURT | ) | |
| | ) | Judge Gettleman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Melissa Glikis
   11750 South Homan Avenue
   Lot # 241A
   Merrionette Park, IL 60803

Please take notice that on September 30, 2008 at 9:15 a.m., Defendant will appear before the Honorable Judge Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703, United States Court House, 219 S. Dearborn Street, Chicago, Illinois 60604 and present Defendant's Motion To Dismiss Plaintiff's Complaint. The motion has been linked to this notice via Electronic Case Filing (ECF).

**RICHARD A. DEVINE**
State's Attorney of Cook County

By:   /s/ Lisa M. Meador
   Lisa M. Meador
   Gillian D. Marshall
   Assistant State's Attorneys
   500 Richard J. Daley Center
   Chicago, Illinois 60602
   (312) 603-4366
   ARDC No. 6270259

## CERTIFICATE OF SERVICE

I, Gillian D. Marshall, Assistant State's Attorney, hereby certify that on August 29, 2008. I caused an exact copy of the attached DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be served upon the individual listed above by depositing such copies with proper postage affixed, in the U.S. Mail located at 500 Richard J. Daley Center, Chicago, Illinois, 60602, on or before 5:00 p.m.

   /s/ Gillian D. Marshall
   Gillian D. Marshall